**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| Bitmain Technologies Georgia Limited,<br>    Plaintiff,<br><br>vs.<br><br>Old Const, LLC,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.<br>4:26-cv-03932<br><br>Judge Charles Eskridge |

**STATEMENT OF INFORMATION IN A REMOVED ACTION**

*(Pursuant to Court Order [**Dkt. 7**])*

1. **State the date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the removed state court action. If different, the date on which each defendant was served with a copy of the summons and complaint.**

   The state court action was filed on April 17, 2026. Defendant Old Const LLC first received a copy of the summons and complaint on April 22, 2026. This action was removed on May 17, 2026, within 30 days after Defendant was served.

2. **In actions removed based on diversity jurisdiction, list the citizenship of all parties, including the citizenship of each member of a partnership or other type of business association such as LLCs and LLPs. Specifically identify whether any defendants who have been served are citizens of Texas.**

   Plaintiff Bitmain Technologies Georgia Limited is a corporation incorporated under the laws of the State of Georgia, with its principal place of business in **Georgia**. Plaintiff is therefore a citizen of the State of Georgia. Defendant Old Const LLC is a limited liability company formed under the laws of the State of **Delaware**. Its sole member is Hashvalley Inc., a Delaware corporation with its principal place of business in Delaware. Defendant is therefore a citizen of the State of Delaware. No defendant who has been served is a citizen of Texas.

1

3.  **In actions removed based on diversity jurisdiction, state the amount alleged in controversy and the basis for this amount.**

    The amount in controversy is approximately $15,000,000.00. This amount is based on Plaintiff's claims for unpaid amounts under the Collaboration Sale Agreement, including the remaining purchase price, offsets under the Hosting Services Agreement, and additional costs for hashrate, taxes, and logistics, as alleged in Plaintiff's Original Petition.

4.  **In actions removed based on diversity jurisdiction pending more than one year in state court, specify why the case should not be summarily remanded.**

    N/A. This action was not pending more than one year in state court. The state court action was filed on April 17, 2026, and removed on May 17, 2026—approximately 30 days after filing.

5.  **Identify any defendant that did not join in the notice of removal and explain why.**

    N/A. Old Const LLC is the sole defendant in this action and filed the Notice of Removal.

Respectfully submitted,

Dated: June 12, 2026

FISHERBROYLES, LLP

/s/ Jiangang ("James") Ou

Jiangang ("James") Ou
Federal Bar No. 3435797
State Bar No. 24127006
2925 Richmond Ave., Suite 1200
Houston, TX 77098
Tel: (713)732-1637
James.Ou@fisherbroyles.com

*Attorney for Defendant Old Const, LLC*